# Court of Appeals
# of the State of Georgia

ATLANTA,  August 21, 2020

*The Court of Appeals hereby passes the following order:*

**A20A2072. JUHWON SIMMONS v. THE STATE.**

In 2016, Juhwon Simmons pleaded guilty to two counts of trafficking of persons for sexual servitude and two counts of pimping for person under 18. In November 2019, he filed a motion to set aside void judgment, arguing that there were problems with his grand jury indictment. The trial court dismissed his motion, and he filed this direct appeal. We, however, lack jurisdiction.

The Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Thus, Simmons is not authorized to collaterally attack his conviction in this manner. See id.; *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009); *Matherlee v. State*, 303 Ga. App. 765, 766 (694 SE2d 665) (2010).

Based on the foregoing, Simmons's appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/21/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*